THE STATE OF MONTANA, EX REL. LAWRENCE KAZOR NANOFF, RELATOR, *v*. THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CASCADE, AND THE HONORABLE R. J. NELSON, PRESIDING JUDGE, RESPONDENTS.

No. 12161.
Decided Nov. 1, 1971.

ORDER

PER CURIAM:

Original proceeding. Relator seeks an appropriate writ to annul the order of the district court refusing to quash the search warrant and to suppress as evidence the articles taken under search warrant in criminal cause 6136B entitled: "The State of Montana vs. Lawrence Kazor Nanoff, Defendant," pending in the district court of Cascade County.

The relief sought is denied and this proceeding is ordered dismissed.